ENTERED
10/29/2009

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br><br>EXPRESS ENERGY SERVICES OPERATING, LP,<br><br>Debtors.<br><br>Employer Tax I.D. No. 20-4737644 | Chapter 11<br><br>Case No. 09-38044 (___) |
| In re<br><br>EXPRESS ENERGY SERVICES (2008) LLC,<br><br>Debtors.<br><br>Employer Tax I.D. No. 26-3063087 | Chapter 11<br><br>Case No. 09-38049 (___) |
| In re<br><br>EXPRESS ENERGY SERVICES HOLDING, LP,<br><br>Debtors.<br><br>Employer Tax I.D. No. 20-4737122 | Chapter 11<br><br>Case No. 09-38050 (___) |
| In re<br><br>EXPRESS ENERGY SERVICES GP, LLC,<br><br>Debtors.<br><br>Employer Tax I.D. No. 20-4737083 | Chapter 11<br><br>Case No. 09-38051 (___) |

| | | |
|---|---|---|
| In re § | | |
| § | | Chapter 11 |
| **EXPRESS ENERGY SERVICES CT, LP,** § | | Case No. 09-38053 ( ) |
| § | | |
| Debtors. § | | |
| § | | |
| Employer Tax I.D. No. 20-4948432 § | | |
| In re § | | |
| § | | Chapter 11 |
| **EXPRESS ENERGY SERVICES ARK, LP,** § | | Case No. 09-38054 ( ) |
| § | | |
| Debtors. § | | |
| § | | |
| Employer Tax I.D. No. 20-5645287 § | | |
| In re § | | |
| § | | Chapter 11 |
| Express - MBCC GP, LLC, § | | Case No. 09-38061 ( ) |
| § | | |
| Debtors. § | | |
| § | | |
| Employer Tax I.D. No. 20-8490760 § | | |
| In re § | | |
| § | | Chapter 11 |
| Express – MBCC, LTD., § | | Case No. 09-38062 ( ) |
| § | | |
| Debtors. § | | |
| § | | |
| Employer Tax I.D. No. 20-8490802 § | | |

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| EXPRESS ENERGY SERVICES WL, LP, | § | Case No. 09-38057(___) |
| Debtors. | § | |
| Employer Tax I.D. No. 26-1342834 | § | |
| In re | § | Chapter 11 |
| EXPRESS ENERGY SERVICES P&A, LP, | § | Case No. 09-38055(___) |
| Debtors. | § | |
| Employer Tax I.D. No. 20-4948402 | § | |
| In re | § | Chapter 11 |
| EXPRESS – ACE RAT HOLE SERVICE GP, LLC, | § | Case No. 09-38073(___) |
| Debtors. | § | |
| Employer Tax I.D. No. 20-8496617 | § | |
| In re | § | Chapter 11 |
| EXPRESS – ACE RAT HOLE SERVICE, LTD., | § | Case No. 09-38074(___) |
| Debtors. | § | |
| Employer Tax I.D. No. 20-8496632 | § | |

| | | |
|---|---|---|
| In re | § | |
| | § | Chapter 11 |
| EXPRESS – BAH LEASING | § | |
| GP, LLC, | § | Case No. 09-38067 (____) |
| | § | |
| Debtors. | § | |
| | § | |
| Employer Tax I.D. No. 20-8490510 | § | |

---

| | | |
|---|---|---|
| In re | § | |
| | § | Chapter 11 |
| EXPRESS – BAH LEASING | § | |
| LTD., | § | Case No. 09-38068 (____) |
| | § | |
| Debtors. | § | |
| | § | |
| Employer Tax I.D. No. 20-8490708 | § | |

---

| | | |
|---|---|---|
| In re | § | |
| | § | Chapter 11 |
| EXPRESS - BYRD R&S | § | |
| GP, LLC, | § | Case No. 09-38058 (____) |
| | § | |
| Debtors. | § | |
| | § | |
| Employer Tax I.D. No. 20-8487556 | § | |

---

| | | |
|---|---|---|
| In re | § | |
| | § | Chapter 11 |
| EXPRESS - BYRD R&S OILFIELD | § | |
| SERVICES, L.P., | § | Case No. 09-38060 (____) |
| | § | |
| Debtors. | § | |
| | § | |
| Employer Tax I.D. No. 20-8487580 | § | |

| | |
|---|---|
| In re § <br> § <br> D&D TONGS GP, LLC, § <br> § <br> Debtors. § <br> § <br> Employer Tax I.D. No. 20-8496566 § | Chapter 11 <br><br> Case No. 09-38069 (___) |
| In re § <br> § <br> D&D TONGS, L.P., § <br> § <br> Debtors. § <br> § <br> Employer Tax I.D. No. 20-8496586 § | Chapter 11 <br><br> Case No. 09-38070 (___) |
| In re § <br> § <br> EXPRESS – MIKE BYRD CASING § <br> CREWS GP, LLC, § <br> § <br> Debtors. § <br> § <br> Employer Tax I.D. No. 20-8490852 § | Chapter 11 <br><br> Case No. 09-38063 (___) |
| In re § <br> § <br> EXPRESS – MIKE BYRD § <br> CASING CREWS, LTD., § <br> § <br> Debtors. § <br> § <br> Employer Tax I.D. No. 20-8490938 § | Chapter 11 <br><br> Case No. 09-38064 (___) |

| | |
|---|---|
| In re<br><br>EXPRESS – NORTH TRAIL OILFIELD SERVICES GP, LLC,<br><br>Debtors.<br><br>Employer Tax I.D. No. 20-8487506 | Chapter 11<br><br>Case No. 09-38071 (___) |
| In re<br><br>EXPRESS – NORTH TRAIL OILFIELD SERVICES, LTD.,<br><br>Debtors.<br><br>Employer Tax I.D. No. 20-8487526 | Chapter 11<br><br>Case No. 09-38072 (___) |
| In re<br><br>Express – R&S TONG SERVICES GP, LLC,<br><br>Debtors.<br><br>Employer Tax I.D. No. 20-8482230 | Chapter 11<br><br>Case No. 09-38065 (___) |
| In re<br><br>EXPRESS – R&S TONG SERVICES LTD.,<br><br>Debtors.<br><br>Employer Tax I.D. No. 20-8487465 | Chapter 11<br><br>Case No. 09-38066 (___) |

## ORDER DIRECTING JOINT ADMINISTRATION OF CASES #4

On the Emergency Motion (the "**Motion**")[1] of Express Energy Services Operating, LP ("**EES**") and its affiliated debtors in the above referenced chapter 11 cases (collectively, the "**Cases**"), as debtors and debtors in possession (collectively, the "**Debtors**") for Joint Administration of Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015, the Court orders that the above referenced Cases are jointly administered. Additionally, the following checked items are ordered:

1. __X__ One disclosure statement and plan of reorganization may be filed for all Cases by any plan proponent.

2. __X__ Case No. 09-____ ~~(higher case number)~~ *see attached list of cases Ex A* shall be transferred to Judge Bohm, who has the lower numbered Case, which shall serve as the lead Case in these matters.

3. __X__ Parties may request joint hearings on matters pending in any of the jointly administered Cases.

4. __X__ Other: see below.

AND IT IS FURTHER ORDERED that

5. The caption of the jointly administered Cases shall read as follows:

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re | § | Chapter 11 |
|  | § |  |
| **EXPRESS ENERGY SERVICES OPERATING, LP,** *et al.,* | § | Case No. 09-38044 (H4) |
|  | § |  |
| **Debtors.** | § | Jointly Administered |

6. A docket entry shall be entered in each of the Cases substantially as follows:

> "An order has been entered directing the joint administration of this case with Express Energy Services Operating, LP, Case No. 09-38044. The docket in Case No. 09-38044 should be consulted for all matters affecting this case."

7. All hearings on matters pending in any of the Cases shall be jointly heard and considered by the Court.

8. A separate claims register shall be maintained for each Case.

9. Proofs of claim filed by creditors of a Debtor shall reflect the caption and case number of the Debtor to which the claim relates and in whose case such claim is to be filed.

10. The U.S. Trustee shall conduct joint informal meetings with the Debtors, if required, and a joint first meeting of creditors, if required.

Dated: 10/29, 2009
Houston, Texas

_____
UNITED STATES BANKRUPTCY JUDGE

### EXHIBIT A

### LIST OF DEBTORS AND CASE NUMBERS

| Debtor | Case No. |
| --- | --- |
| Express Energy Services Operating, LP | 09-38044 |
| Express Energy Services (2008) LLC | 09-38049 |
| Express Energy Services Holding, LP | 09-38050 |
| Express Energy Services GP, LLC | 09-38051 |
| Express Energy Services CT, LP | 09-38053 |
| Express Energy Services Ark, LP | 09-38054 |
| Express Energy Services P&A, LP | 09-38055 |
| Express Energy Services WL, LP | 09-38057 |
| Express – Byrd R&S GP, LLC | 09-38058 |
| Express – Byrd R&S Oilfield Services, L.P. | 09-38060 |
| Express – MBCC GP, LLC | 09-38061 |
| Express – MBCC, Ltd. | 09-38062 |
| Express – Mike Byrd Casing Crews GP, LLC | 09-38063 |
| Express – Mike Byrd Casing Crews, Ltd. | 09-38064 |
| Express – R&S Tong Services GP, LLC | 09-38065 |
| Express – R&S Tong Services, Ltd. | 09-38066 |
| Express – BAH Leasing GP, LLC | 09-38067 |
| Express – BAH Leasing, Ltd. | 09-38068 |
| D&D Tongs GP, LLC | 09-38069 |
| D&D Tongs, L.P. | 09-38070 |
| Express – North Trail Oilfield Services, GP, LLC | 09-38071 |
| Express – North Trail Oilfield Services, Ltd. | 09-38072 |
| Express – Ace Rat Hole Service GP, LLC | 09-38073 |
| Express – Ace Rat Hole Service, Ltd. | 09-38074 |